UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

BANILLA GAMES, INC. and GROVER
GAMING, INC.,

        Plaintiffs,

v.

DARREN ZHANG,

        Defendant.

Civil Action No. 4:24-cv-00159-BO-BM

## ORDER FOR PERMANENT INJUNCTION

This day came the Plaintiffs, Banilla Games, Inc. ("**Banilla**") and Grover Gaming, Inc. ("**Grover**") and represented to the Court that Banilla, Grover, and Defendant Darren Zhang ("**Mr. Zhang**" or "**Defendant**") (collectively with Banilla, Grover, and the Defendant, the "**Parties**"), have agreed to a permanent injunction in connection with the above-styled matter. Upon consideration of the foregoing, it is hereby **ORDERED** as follows:

1. Defendant, as well as each of his respective agents, servants, employees, and attorneys, and those persons in active concert or participation, are to immediately cease and desist and are permanently enjoined from purchasing, using, marketing, or displaying any unauthorized, pirated, or hacked versions of Grover's copyrighted works, including, but not limited to, the Fusion suite of games.

2. This Order shall be binding upon and shall inure to the benefit of the Parties and their respective successors, assigns, and acquiring companies.

3. The Court retains jurisdiction of this matter for the purposes of enforcing the terms of this Order.

4. The permanent injunction shall remain in full force and effect unless and until modified by further order of this Court.

**SO ORDERED** on this 31 day of March, 2025.

_____
Terrence W. Boyle
United States District Court Judge