UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

BANILLA GAMES, INC. and GROVER
GAMING, INC.,

    Plaintiffs,

v.

DARREN ZHANG,

    Defendant.

Civil Action No. 4:24-cv-00159-BO-BM

## ORDER OF DISMISSAL

This day came the Plaintiffs/Counterclaim Defendants, Banilla Games, Inc. ("**Banilla**") and Grover Gaming, Inc. ("**Grover**"), by counsel, and represented to the Court that Defendant/Counterclaim Plaintiff, Darren Zhang ("**Mr. Zhang**" or "**Defendant**," and together with Plaintiffs/Counterclaim Defendants, the "**Parties**"), have settled and resolved all issues in dispute between them in connection with the above-styled matter. Upon consideration of the foregoing, it is hereby

**ORDERED** that this action be, and the same hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) with each party bearing its own attorneys' fees and costs; and

**ORDERED** that the Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of the Parties' settlement agreement and the terms in the Consent Order for Permanent Injunction entered by the Court.

1

**SO ORDERED** on this 21 day of March, 2025.

_Terrence Boyle_
Terrence W. Boyle
United States District Court Judge